IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEVIAK ROBERT DAILING, S16557,      )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     Case No. 26-cv-303-DWD
                                    )
TAYLORVILLE CORR. CTR.,             )
STATE OF ILLINOIS,                  )
IDOC,                               )
JOHN/JANE DOE 1,                    )
JOHN/JANE DOE 2,                    )
                                    )
          Defendants.               )

## ORDER

**DUGAN, District Judge:**

Plaintiff Terrance Thomas is a pro se litigant who is currently incarcerated at Pinckneyville Correctional Center.  On March 19, 2026, the Court received a complaint from Plaintiff filed pursuant to 42 U.S.C. § 1983 concerning events that he alleges arose at Taylorville Correctional Center (Taylorville).  Title 28 U.S.C. § 1391(b) provides that suits filed under § 1983 may be brought only in (1) the judicial district where any defendant resides if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or (3) a judicial district in which any defendant may be found if there is no district in which the action may otherwise be brought.

Plaintiff's complaint alleges constitutional violations against defendants employed at Taylorville, located in Taylorville, Illinois, in Christian County, which lies

Page **1** of **2**

within the jurisdiction of the United States District Court for the Central District of Illinois. *See* 28 U.S.C. § 93(b) (outlining the Illinois counties that comprise the Central District of Illinois, including Christian County). Accordingly, the Court finds that venue lies in the Central District of Illinois, and it is in the interests of justice that this case is transferred to that district. *See* 28 U.S.C. § 1404(a) ("For the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought[.]").

**IT IS SO ORDERED.**

DATED: March 31, 2025

/s/ *David W. Dugan*

_____

DAVID W. DUGAN
United States District Judge